UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUDWIN EDENILSON VENTURA RAMIREZ,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>  Respondents. | No. 1:25-cv-1775-DC-CKD P<br><br>ORDER APPOINTING COUNSEL |

The court previously determined the interests of justice require appointment of counsel for petitioner and directed the appointing authority for the Office of the Federal Defender to identify counsel for Petitioner Ludwin Edenilson Ventura Ramirez. The Office of the Federal Defender has notified the court that Jan David Karowsky will represent petitioner.

Good cause appearing, IT IS ORDERED as follows:

1. Jan David Karowsky is appointed to represent petitioner, nunc pro tunc to December 29, 2025.

2. New counsel for petitioner shall meet and confer with opposing counsel on a briefing schedule and jointly file that schedule with the court within fourteen (14) days of this order.

Dated: 12/31/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rami1775.cja