**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Ludwin Edenilson Venture Ramirez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ludwin Edenilson Venture Ramirez, | Case No. 1:25-cv-01775-DC-CKD |
| Petitioner, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR THE FILING OF A BRIEFING SCHEDULE AND [PROPOSED] ORDER *WITH COUNTRY OF ORIGIN*** |
| Warden of the Golden State Annex Detention Facility, et. al., | |
| Respondents | |

## PROCEDURAL HISTORY

On December 8, 2025, Petitioner filed a Petition for Writ of Habeas Corpus to be released from an ICE detention facility on bond pending the conclusion of his immigration court proceedings. On December 31, 2025, attorney Jan Karowsky, was appointed to represent Petitioner.

- 1 -

**FACTS – DECLARATION OF JAN DAVID KAROWSKY**

I, Jan David Karowsky, do hereby declare under penalty of perjury that the following is true and correct and that anything alleged on information and belief, I believe to be true:

I need more time within which to gather necessary information before I am reasonably able to set a realistic briefing schedule.

Immediately upon my appointment, I began to try to contact Mr. Ramirez. When I called the institution in which he is detained, no live operator has ever answered the call. I have left a number of voice mail messages requesting return calls to no avail. I have tried to set up a video conference with Mr. Ramirez, but do not know the country from which he originates – thus making it procedurally impossible to set up such a call.

I do know he had an immigration hearing set for January 6, 2026 but do not its outcome or whether he has an immigration attorney representing him.

Therefore, I have written a letter to him, explaining who I am and my anticipated representation. I have also included an extensive questionnaire, asking relevant questions. I have provided both documents to him in English and Spanish also with a stamped, self-addressed return envelope. I was only able to mail these to him on January 5, 2026.

Therefore, I am unable to set a realistic briefing schedule as the Court has ordered until I have obtained the needed information or realistically can estimate the time needed to gather that information and prepare the necessary pleadings.

I do hereby declare under penalty of perjury that the preceding is true and correct and that anything alleged on information and belief, I believe to be true. Executed on January 6, 2026 at Sacramento County, California.

/s/ Jan David Karowsky

I have met and conferred with AUSA Heiko Coppola, the AUSA assigned to this case, and have explained all of the above to him. Based on my need to effectively represent Mr.

Ramirez, Mr. Coppola and I agree and stipulate that instead of filing a joint briefing schedule within 14 days of the Court's Order dated December 31, 2025 that said briefing schedule will not need to be filed until on or before February 6, 2026.

**IT IS SO STIPULATED.**

DATED:  January 8, 2026             Respectfully submitted,

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky

by
JAN DAVID KAROWSKY
Attorney for Petitioner
Ludwin Edenilson Venture Ramirez

Dated: January 8, 2026             Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ HEIKO COPPOLA

by
HEIKO COPPOLA
Assistant United States Attorney

[PROPOSED] O R D E R

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that instead of both counsel filing a joint briefing schedule within 14 days of the Court's Order dated December 31, 2025, said briefing schedule will not need to be filed until on or before February 6, 2026. *The Court further notes the country of origin for ICE search purposes is El Salvador.*

Dated:  January 08, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rami1775.stipmc