**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Ludwin Edenilson Venture Ramirez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ludwin Edenilson Venture Ramirez,<br><br>          Petitioner,<br><br>     vs.<br><br>Warden of the Golden State Annex Detention<br>Facility, et. al.,<br><br>          Respondents | Case No. 1:25-cv-01775-DC-CKD<br><br>**STIPULATION FOR BRIEFING<br>SCHEDULE AND [PROPOSED] ORDER** |

## PROCEDURAL HISTORY

On December 8, 2025, Petitioner filed a Petition for Writ of Habeas Corpus to be released from an ICE detention facility on bond pending the conclusion of his immigration court proceedings. On February 9, 2026, Petitioner filed a Supplemental Petition for Writ of Habeas Corpus.

The parties have met and conferred and submit the following proposed briefing schedule:

- 1 -

The government's response to the original Petition and the Supplemental Petition shall be due on or before March 13, 2026.  The Petitioner's Reply shall be due on or before March 20, 2026.  At the discretion of the Court, a hearing shall be set thereafter, if necessary.

**IT IS SO STIPULATED.**

DATED:  February 9, 2026                    JAN DAVID KAROWSKY
                                            Attorney at Law
                                            A Professional Corporation

                                            /s/ Jan David Karowsky

                                            by
                                            JAN DAVID KAROWSKY
                                            Attorney for Petitioner
                                            Ludwin Edenilson Venture Ramirez

Dated: February 9, 2026                     ERIC GRANT
                                            United States Attorney

                                            /s/ HEIKO COPPOLA

                                            by
                                            HEIKO COPPOLA
                                            Assistant United States Attorney

### ~~[PROPOSED]~~ O R D E R

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** the government's response to the original Petition and the Supplemental Petition shall be due on or before March 13, 2026.  The Petitioner's Reply shall be due on or before March 20, 2026.  At the discretion of the Court, a hearing shall be set thereafter, if necessary.

Dated:  February 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 rami1775.stip.sched

- 2 -